### MARY LOUISE MacRAE AND CHARLES B. MacRAE v. COMMERCE UNION TRUST COMPANY.

(Filed 21 May, 1930.)

APPEAL by defendant from *Sink, Special Judge,* at April Term, 1930, of BUNCOMBE. Remanded.

*Alfred S. Barnard for appellant.*
*J. M. Horner, Jr., for appellees.*

PER CURIAM. The cause is remanded with direction to make the ultimate beneficiaries parties to the proceeding. *Hamilton v. Henderson,* 197 N. C., 353.

Remanded.